McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED

AUG 1 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                                    ) NO. 2:08 - MJ - 272  KJM
                                          )
UNITED STATES OF AMERICA                  ) [PROPOSED] ORDER
                                          )
v.                                        ) [IN CAMERA AND UNDER SEAL]
                                          )
KEOOUDONE NOY PHAOUTHOUM,
BOUNTHAVEE NERASIN,
KOUTKEO THI,
KOMMALA XAYADETH,
JOHN LI,
SON NGUYEN,
THANH NGUYEN,
TUY NGUYEN, and
TING THAVISAK.

The United States of America has applied to this Court for an Order permitting it to file the complaint, the affidavit underlying the complaint in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, in camera and under seal.

Upon consideration of the application and the entire record herein,

/////

/////

/////

/////

/////

4

1  IT IS HEREBY ORDERED that the affidavit underlying the complaint in the above-entitled [handwritten: Complaint, the] (4)

2  proceedings, together with the application of the United States and the accompanying Memorandum of

3  Points and Authorities and Declaration, and this order shall be filed with this Court in camera and under

4  seal and shall not be disclosed to any person unless otherwise ordered by this Court.

5  Dated this 11th day of August, 2008.

By: /s/ Kimberly J. Mueller
KIMBERLY J. MUELLER
United States Magistrate Judge

10  Presented by:

13  /s/ Kyle Reardon
KYLE REARDON
14  Assistant U.S. Attorney

5