1 | McGREGOR W. SCOTT
United States Attorney
2 | KYLE F. REARDON
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2782

**FILED**

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | MAG. NO. 08-MJ-272 KJM |
| Plaintiff, | ) | |
| v. | ) | APPLICATION AND ORDER FOR UNSEALING COMPLAINT |
| KEOOUDONE NOY PHAOUTHOUM, ET, AL | ) | |
| Defendants. | ) | |

On August 11, 2008, a complaint was filed in the above-referenced case.  Since some of the defendants have now been arrested, it is no longer necessary for the complaint to be sealed.  The government respectfully requests that the complaint and attached affidavit be unsealed.

DATED: August 14, 2008

McGREGOR W. SCOTT
United States Attorney

By /s/ Kyle Reardon
KYLE F. REARDON
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:

DATED: 8/14/08

/s/ Dale A. Drozd
DALE A. DROZD
United States Magistrate Judge

1