**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **KEOOUDONE NOY PHAOUTHOUM**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-08-389 GEB |
| Plaintiff, | |
| v. | **STIPULATION AND PROPOSED ORDER THEREON** |
| **KEOOUDONE NOY PHAOUTHOUM,** | |
| Defendant, | (Continuing Status to 5/1/09) |

It is hereby stipulated between counsel for the government and all defendants, except Bounhavee Nerasin, that the status conference presently scheduled for February 6, 2009 may be continued until May 1, 2009 at 9:00 a.m.  The above captioned case is one of six related cases and involves multiple wiretaps.  Several defense counsel have clients in more than one case with extensive, and overlapping discovery.  The process of discovery, and the review thereof, is ongoing.  The time request in this stipulation is reasonably necessary to facilitate defense preparation. Because of the number of defendants in these related cases the government and defense are intentionally setting these related cases on different days for the convenience of the Marshal's Service. Counsel for all defendants, except as noted above, have approved the submission of the stipulation on behalf of their respective clients.

It is further stipulated that the time between February 6, 2009 and May 1, 2009 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4) and § 3161 (h)(8)(B)(ii) (Local Code T-2).

Dated: February 5, 2009                                      Dated: February 5, 2009


/ s / Steven D. Bauer                                        / s / Michael Beckwith
**STEVEN D. BAUER**                                          **MICHAEL BECKWITH**

For Good Cause Appearing
**IT IS SO ORDERED**

Dated: February 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge