**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:   530.759.0700**
    **Facsimile:    530.759.0800**
**Attorney for Defendant**

KEOUDONE PHAOUTHOUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S 08-389, 08-390, 08-391, 08-392 GEB |
| Plaintiff, | |
| vs. | |
| KEOUDONE PHAOUTHOUM; et al., | **AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING** |
| Defendants. | |

    It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael M. Beckwith, Assistant United States Attorney, and Defendant, KEOUDONE PHAOUTHOUM, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for December 17, 2010, at 9:00 a.m., be rescheduled to January 28, 2011, at 9:00 a.m.

    The parties are entering into this Stipulation to provide additional time for

/ / / / /
/ / / / /

/ / / / /

counsel to travel to Butte County to meet with defendant and review the new PSR with counsel and interpreter.

Dated:    December 7, 2010          Respectfully submitted,

JOSEPH J. WISEMAN, P.C.

By:   /s/  Joseph J. Wiseman
        JOSEPH J. WISEMAN
        Attorney for Defendant
        KEOUDONE PHAOUTHOUM

Dated: December 7, 2010          BENJAMIN B. WAGNER
                                 United States Attorney

By:   /s/ Michael M. Beckwith
        MICHAEL M. BECKWITH, AUSA
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

### ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to January 28, 2011 at 9:00 a.m.

**Date: 12/10/2010**

GARLAND E. BURRELL, JR.
**United States District Judge**

Stipulation and Proposed Order to Continue Sentencing          Case No. CR S CRS 08-389 GEB