**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    Telephone:   530.759.0700
    Facsimile:    530.759.0800
**Attorney for Defendant**

KEOUDONE PHAOUTHOUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> KEOUDONE PHAOUTHOUM; et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. CR S 08-389, 08-390, 08-391, <br> 08-392 GEB <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING** |

    It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael M. Beckwith, Assistant United States Attorney, and Defendant, KEOUDONE PHAOUTHOUM, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for January 28, 2011, at 9:00 a.m., be rescheduled to March 11, 2011, at 9:00 a.m.

    The parties are entering into this Stipulation to provide additional time for

/ / / / /

counsel to travel to Butte County to meet with defendant to review the new PSR with counsel and interpreter.

Dated:  January 10, 2010          Respectfully submitted,

                                                    JOSEPH J. WISEMAN, P.C.

                                                    By:   /s/  Joseph J. Wiseman
                                                           JOSEPH J. WISEMAN
                                                           Attorney for Defendant
                                                           KEOUDONE PHAOUTHOUM

Dated: January 10, 2010          BENJAMIN B. WAGNER
                                                    United States Attorney

                                                   By:   /s/ Michael M. Beckwith
                                                           MICHAEL M. BECKWITH, AUSA
                                                           Attorney for Plaintiff
                                                           UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to March 11, 2011 at 9:00 a.m.

**Date:  1/11/2011**

                                                           GARLAND E. BURRELL, JR.
                                                           United States District Judge