**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
    **1477 Drew Avenue, Suite 106**
    **Davis, California 95618**
    **Telephone:**    **530.759.0700**
    **Facsimile:**    **530.759.0800**
**Attorney for Defendant**

KEOUDONE PHAOUTHOUM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR S 08-389, 08-390, 08-391, |
|---|---|---|
| Plaintiff, | ) | 08-392 GEB |
| vs. | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| KEOUDONE PHAOUTHOUM; et al., | ) | **ORDER TO CONTINUE SENTENCING** |
| Defendants. | ) | |

    It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael M. Beckwith, Assistant United States Attorney, and Defendant, KEOUDONE PHAOUTHOUM, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for March 11, 2011, at 9:00 a.m., be rescheduled to April 15, 2011, at 9:00 a.m.

    The parties are entering into this Stipulation to provide additional time for

/ / / / /
/ / / / /
/ / / / /

counsel to coordinate a mutually convenient time to meet with the Laotian interpreter and the defendant to review the revised PSR.

Dated:  February 17, 2011                Respectfully submitted,

                                        JOSEPH J. WISEMAN, P.C.

                                      By:     /s/  Joseph J. Wiseman
                                                 JOSEPH J. WISEMAN
                                                 Attorney for Defendant
                                                 KEOUDONE PHAOUTHOUM

Dated: February 17, 2011                BENJAMIN B. WAGNER
                                      United States Attorney

                                      By:     /s/ Michael M. Beckwith
                                                MICHAEL M. BECKWITH, AUSA
                                                Attorney for Plaintiff
                                                UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing in the above-captioned case be continued to April 15, 2011 at 9:00 a.m.

**Date:  2/24/2011**

                                                                                       GARLAND E. BURRELL, JR.
                                                                                    United States District Judge