```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I St., Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2729
 5
 6
                IN THE UNITED STATES DISTRICT COURT
 7
                FOR THE EASTERN DISTRICT OF CALIFORNIA
 8
 9
    UNITED STATES OF AMERICA,     )   CR. No. S 2:08-389 GEB
10                                )   CR. No. S 2:08-390 GEB
                                  )   CR. No. S 2:08-391 GEB
11                                )
              Plaintiff,          )
12                                )
                                  )   [PROPOSED] ORDER
13         v.                     )
                                  )
14                                )
    KEOUDONE NOY PHAOUTHOUM,      )
15                                )
              Defendant.          )
16  _____ )
17
```

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment's in case numbers CR-S-08-389 GEB, CR-S-08-390 GEB, and CR-S-08-391 GEB, as to defendant KEOUDONE NOY PHAOUTHOUM are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated:  March 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1